642

*Harris W. Coleman* and *Edmund F. Trabue* for respondents.

No. 177. FREEDMAN *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. David A. Buckley, Jr.,* for petitioner. *Solicitor General Biggs, Assistant Attorney General Stephens,* and *Mr. Elmer B. Collins* for the United States.

No. 179. MUSCARELLE ET AL. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas L. Newton* for petitioners. *Solicitor General Biggs* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States.

No. 180. CONOSCENTE ET AL. *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas L. Newton* for petitioners. *Solicitor General Biggs* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States.

No. 181. CLARK, ADMINISTRATRIX, ET AL. *v.* MOFFETT ET AL. October 9, 1933. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Mr. Martin J. O'Donnell* for petitioners. *Messrs. Louis R. Gates, B. C. Howard, John B. Pew,* and *George S. Evans* for respondents.